# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DAYAN TILLMAN-WYCHE | § | Case No. 16-02357 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/26/2016 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 45,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 81.97 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 44,918.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/21/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,250.00 , for a total compensation of $ 5,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 41.57 , for total expenses of $ 41.57 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/02/2018                    By:/s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-02357 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | DAYAN TILLMAN-WYCHE | | | Date Filed (f) or Converted (c): | 01/26/2016 (f) |
| | | | | 341(a) Meeting Date: | 02/17/2016 |
| For Period Ending: | 07/02/2018 | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3681 Melanie Lane Crete, IL 60417 | 0.00 | Unknown | | 0.00 | FA |
| 2. 2015 BMW 328 18,000 Miles - Leased Vehicle | 24,400.00 | 0.00 | | 0.00 | FA |
| 3. Household Furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 5. cash | 10.00 | 0.00 | | 0.00 | FA |
| 6. checking Chase Bank | 4.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent/preferential transfer (u) | 0.00 | 0.00 | | 45,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $25,464.00 $0.00 $45,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to employ counsel granted 8/19/2016 see Dkt# 26. Motion for 2004 exam granted 8/19/2016 see Dkt 25. Investigation continues on fraudulent transfers 12/9/2016. 1-14-2017 conference with atty for the estate regarding filing adversary proceedings. 3/31/2017Adversary complaint filed to collect fraudulent transfer. Discovery is process 7/5/2017 for fraudulent transfer adversary. Second Adversary proceeding filed to revoke discharge of debtor 10/24/2017. Motion for default entered in adversary to revoke discharged 12/21/2017. Discharge revocation order entered 1/12/2018. Motion for Summary judgment filed in fraudulent transfer adversary 1/15/2018.

Initial Projected Date of Final Report (TFR): 09/01/2017     Current Projected Date of Final Report (TFR): 04/30/2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-02357  
Case Name: DAYAN TILLMAN-WYCHE  
Taxpayer ID No: XX-XXX7517  
For Period Ending: 07/02/2018  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1727  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/18 | 7 | Precious T. Porter None provided | Court Approved settlement See Dckt#s 46 & 47 | 1241-000 | $45,000.00 | | $45,000.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.10 | $44,984.90 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.87 | $44,918.03 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $45,000.00 | $81.97 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $45,000.00 | $81.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $45,000.00 | $81.97 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*  

Page Subtotals: $45,000.00  $81.97

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1727 - Checking | $45,000.00 | $81.97 | $44,918.03 |
|  | $45,000.00 | $81.97 | $44,918.03 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $45,000.00 |
| Total Gross Receipts: | $45,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-02357-BWB  
Debtor Name: DAYAN TILLMAN-WYCHE  
Claims Bar Date: 12/21/2016  

Date: July 2, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,250.00 | $5,250.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $41.57 | $41.57 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $30,215.00 | $26,772.96 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,587.81 | $1,587.81 |
| 1 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $776.63 | $776.63 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,315.97 | $3,315.97 |
| 3 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $86.23 | $86.23 |
| 4 300 7100 | DEPARTMENT STORE NATIONAL BANK/MACY<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $906.57 | $906.57 |
| 5 300 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PAYPAL EXTRAS MASTERCARD<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $168.89 | $168.89 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-02357-BWB  
Debtor Name: DAYAN TILLMAN-WYCHE  
Claims Bar Date: 12/21/2016  
Date: July 2, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE N.A.<br>P.O. BOX 165028<br>IRVING, TX 75016 | Unsecured | Payment Status:<br>Valid To Pay | $0.00 | $6,011.40 | $6,011.40 |
| | Case Totals | | | $0.00 | $48,360.07 | $44,918.03 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                            Printed: July 2, 2018

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-02357
Case Name: DAYAN TILLMAN-WYCHE
Trustee Name: Peter N. Metrou, Trustee

|  | Balance on hand | $ | 44,918.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 41.57 | $ 0.00 | $ 41.57 |
| Attorney for Trustee Fees: FactorLaw | $ 26,772.96 | $ 0.00 | $ 26,772.96 |
| Attorney for Trustee Expenses: FactorLaw | $ 1,587.81 | $ 0.00 | $ 1,587.81 |

Total to be paid for chapter 7 administrative expenses         $ 33,652.34

Remaining Balance         $ 11,265.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,265.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $ 776.63 | $ 0.00 | $ 776.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 3,315.97 | $ 0.00 | $ 3,315.97 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 86.23 | $ 0.00 | $ 86.23 |
| 4 | DEPARTMENT STORE NATIONAL BANK/MACY | $ 906.57 | $ 0.00 | $ 906.57 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 168.89 | $ 0.00 | $ 168.89 |
| 6 | CAPITAL ONE AUTO FINANCE, | $ 6,011.40 | $ 0.00 | $ 6,011.40 |

Total to be paid to timely general unsecured creditors       $        11,265.69

Remaining Balance                                            $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE