UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
DAYAN TILLMAN-WYCHE § Case No. 16-02357
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on August 24, 2018 at,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  8/1/18            By: /s/ Peter N. Metrou
                                        Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **DAYAN TILLMAN-WYCHE,** | ) | CASE NO. 16-02357 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FEE APPLICATION**

**PROOF OF SERVICE**

     I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of August, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                             */s/ Peter N. Metrou*
                                                             **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent Via First-Class Mail**

Northern Illinois Gas
Attention Bankruptcy & Collections
PO Box 549
Aurora IL 60507-0549

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Amsher Collection Services Inc
4524 Southlake Pkey, Ste 15
Birmingham, AL 35244-3271

BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Cap1/Mnrds
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Capital 1 Auto Fin div Capital 1 NA
Capital 1 Auto Fin div Capital 1 NA Dept
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093-7864

Capital One Auto Finance, a division of
Capi
P.O. BOX 165028
IRVING, TX 75016-5028

Capital One Auto Finance,
a division of Capital One N.A.
P.O. Box 165028
Irving, TX 75016-5028

Capital One Bank (USA), N.A.
by American InfoSource LP
PO Box 71083
Charlotte, NC  28272-1083

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

ComEd
POB 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Co
3 Lincoln Center
Attn: Bankruptcy  Section
Oak Brook Terrace IL 60181-4204

Dayan Tillman-Wyche
3681 Melanie Lane
Crete, IL 60417-1615

Department Store National Bank/Macy
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Dsg Collect
1824 West Grand Av Suite 200
Chicago, IL 60622-6721

James L Hardemon
Legal Remedies, Chartered
8525 S Stony Island
Chicago, IL 60617-2247

Kevin Wyche
c/o Paul Goodman
180 N LaSalle, Suite 3700
Chicago, IL 60601-2809

Mcsi Inc
Po Box 327
Palos Heights, IL 60463-0327

Michael Craven
333 W. Wacker Dr., #1700
Chicago, IL 60606-1247

Nicor Gas
POB 5407
Carol Stream, IL 60197-5407

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Paul Goodman
180 N LaSalle, Suite 3700
Chicago, IL 60601-2809

Vickie L. Pasley
25 E Washington, Suite 902
Chicago, IL 60602-1715

Syncb/Paypal Smart Con
Po Box 965005
Orlando, FL 32896-5005

**Sent Via ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| DAYAN TILLMAN-WYCHE § | Case No. 16-02357 | |
| § | | |
| Debtor § | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,000.00 |
| and approved disbursements of | $ | 81.97 |
| leaving a balance on hand of[1] | $ | 44,918.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 41.57 | $ 0.00 | $ 41.57 |
| Attorney for Trustee Fees: FactorLaw | $ 26,772.96 | $ 0.00 | $ 26,772.96 |
| Attorney for Trustee Expenses: FactorLaw | $ 1,587.81 | $ 0.00 | $ 1,587.81 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 33,652.34 |
| Remaining Balance | $ | 11,265.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,265.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $ 776.63 | $ 0.00 | $ 776.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 3,315.97 | $ 0.00 | $ 3,315.97 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 86.23 | $ 0.00 | $ 86.23 |
| 4 | DEPARTMENT STORE NATIONAL BANK/MACY | $ 906.57 | $ 0.00 | $ 906.57 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 168.89 | $ 0.00 | $ 168.89 |
| 6 | CAPITAL ONE AUTO FINANCE, | $ 6,011.40 | $ 0.00 | $ 6,011.40 |

Total to be paid to timely general unsecured creditors        $ 11,265.69

Remaining Balance                                              $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

         Prepared By: /s/ Peter N. Metrou
                  Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.