# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DAYAN TILLMAN-WYCHE | § | Case No. 16-02357 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 7,843.00  
*(Without deducting any secured claims)*

Assets Exempt: 17,621.00

Total Distributions to Claimants: 11,265.69

Claims Discharged Without Payment: 0.00

Total Expenses of Administration: 33,734.31

---

3) Total gross receipts of $ 45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,176.35 | 33,734.31 | 33,734.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 11,265.69 | 11,265.69 | 11,265.69 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 48,442.04 | $ 45,000.00 | $ 45,000.00 |

4)  This case was originally filed under chapter 7 on  01/26/2016 .  The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/17/2018                        By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent/preferential transfer | 1241-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,250.00 | 5,250.00 | 5,250.00 |
| Peter N. Metrou | 2200-000 | NA | 41.57 | 41.57 | 41.57 |
| Associated Bank | 2600-000 | NA | 81.97 | 81.97 | 81.97 |
| FactorLaw | 3210-000 | NA | 30,215.00 | 26,772.96 | 26,772.96 |
| FactorLaw | 3220-000 | NA | 1,587.81 | 1,587.81 | 1,587.81 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 37,176.35 | $ 33,734.31 | $ 33,734.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 86.23 | 86.23 | 86.23 |
| 6 | CAPITAL ONE AUTO FINANCE, | 7100-000 | NA | 6,011.40 | 6,011.40 | 6,011.40 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 776.63 | 776.63 | 776.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,315.97 | 3,315.97 | 3,315.97 |
| 4 | DEPARTMENT STORE NATIONAL BANK/MACY | 7100-000 | NA | 906.57 | 906.57 | 906.57 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 168.89 | 168.89 | 168.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 11,265.69 | $ 11,265.69 | $ 11,265.69 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-02357 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | DAYAN TILLMAN-WYCHE | | | | Date Filed (f) or Converted (c): | 01/26/2016 (f) |
| | | | | | 341(a) Meeting Date: | 02/17/2016 |
| For Period Ending: | 10/17/2018 | | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3681 Melanie Lane Crete, IL 60417 | 0.00 | Unknown | | 0.00 | FA |
| 2. 2015 BMW 328 18,000 Miles - Leased Vehicle | 24,400.00 | 0.00 | | 0.00 | FA |
| 3. Household Furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 5. cash | 10.00 | 0.00 | | 0.00 | FA |
| 6. checking Chase Bank | 4.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent/preferential transfer (u) | 0.00 | 0.00 | | 45,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $25,464.00   $0.00   $45,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to employ counsel granted 8/19/2016 see Dkt# 26. Motion for 2004 exam granted 8/19/2016 see Dkt 25. Investigation continues on fraudulent transfers 12/9/2016. 1-14-2017 conference with atty for the estate regarding filing adversary proceedings. 3/31/2017Adversary complaint filed to collect fraudulent transfer. Discovery is process 7/5/2017 for fraudulent transfer adversary. Second Adversary proceeding filed to revoke discharge of debtor 10/24/2017. Motion for default entered in adversary to revoke discharged 12/21/2017. Discharge revocation order entered 1/12/2018. Motion for Summary judgment filed in fraudulent transfer adversary 1/15/2018.

Initial Projected Date of Final Report (TFR): 09/01/2017   Current Projected Date of Final Report (TFR): 04/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-02357 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DAYAN TILLMAN-WYCHE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1727 |
| | Checking |
| Taxpayer ID No: XX-XXX7517 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/18 | 7 | Precious T. Porter<br>None provided | Court Approved settlement<br>See Dckt#s 46 & 47 | | 1241-000 | $45,000.00 | | $45,000.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.10 | $44,984.90 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $66.87 | $44,918.03 |
| 08/26/18 | 1001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | | $5,291.57 | $39,626.46 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($5,250.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($41.57) | 2200-000 | | | |
| 08/26/18 | 1002 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Distribution | | | | $28,360.77 | $11,265.69 |
| | | FactorLaw | Final distribution representing a payment of 100.00 % per court order. | ($26,772.96) | 3210-000 | | | |
| | | FactorLaw | Final distribution representing a payment of 100.00 % per court order. | ($1,587.81) | 3220-000 | | | |
| 08/26/18 | 1003 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | 7100-000 | | $776.63 | $10,489.06 |
| 08/26/18 | 1004 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | 7100-000 | | $3,315.97 | $7,173.09 |

Page Subtotals: $45,000.00  $37,826.91

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-02357 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DAYAN TILLMAN-WYCHE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1727 |
| | Checking |
| Taxpayer ID No: XX-XXX7517 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/18 | 1005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $86.23 | $7,086.86 |
| 08/26/18 | 1006 | DEPARTMENT STORE NATIONAL BANK/MACY<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 | | $906.57 | $6,180.29 |
| 08/26/18 | 1007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PAYPAL EXTRAS MASTERCARD<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 7100-000 | | $168.89 | $6,011.40 |
| 08/26/18 | 1008 | CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE N.A.<br>P.O. BOX 165028<br>IRVING, TX 75016 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 7100-000 | | $6,011.40 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $45,000.00 | $45,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $45,000.00 | $45,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $45,000.00 | $45,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page Subtotals:    $0.00    $7,173.09

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1727 - Checking | $45,000.00 | $45,000.00 | $0.00 |
|  | $45,000.00 | $45,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $45,000.00 |
| Total Gross Receipts: | $45,000.00 |

Page Subtotals: $0.00 $0.00